UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Charmine Bathelemy,<br><br>           Plaintiff,<br>v.<br><br>GC Services, L.P.,<br><br>           Defendant. | Civil Action No.: 4:17-cv-03669 |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)**

Charmine Bathelemy ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 5, 2018

                                        Respectfully submitted,

                                        By */s/ Jenny DeFrancisco*

                                        Jenny DeFrancisco, Esq.
                                        Bar No.: 432383
                                        LEMBERG LAW, L.L.C.
                                        43 Danbury Road, 3rd Floor
                                        Wilton, CT 06897
                                        Telephone: (203) 653-2250
                                        Facsimile:  (203) 653-3424
                                        E-mail: jdefrancisco@lemberglaw.com
                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 5, 2018, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By  */s/ Jenny DeFrancisco*
                                                      Jenny DeFrancisco, Esq.